1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **SOUTHERN DISTRICT OF CALIFORNIA**

10   KEBRA NAGAST,                          CASE NO. 13cv0380-GPC-JMA

11                           Plaintiff,     **ORDER DENYING MOTION FOR
                                            APPOINTMENT OF COUNSEL**
12        vs.                               **AND SETTING REVISED
                                            BRIEFING SCHEDULE**
13   METROPOLITAN TRANSIT
     SYSTEM; SGT. EDWARDS; SGT.             [Dkt. No. 17]
14   ZAMORA; OFC. ALAMILLO; and
     DOES 1-10,
15
                           Defendants.
16

17        Pending before the Court is Plaintiff's Motion for Appointment of Counsel. For

18   the following reasons, the Court **DENIES** Plaintiff's motion and sets the **REVISED**

19   **BRIEFING SCHEDULE** for Defendants' motion to dismiss.

20   **I. MOTION FOR APPOINTMENT OF COUNSEL**

21        On July 9, 2013, Kebra Nagast ("Plaintiff") filed a Motion for Appointment of

22   Counsel. (Dkt No. 17.) Plaintiff maintains that mental disability and insufficient legal

23   knowledge impede the ability to proceed *pro se*. (Dkt. No. 17 at 2.)

24        On August 1, 2013, Defendants San Diego Metropolitan System, Code

25   Compliance Inspector Alamillo and Code Compliance Inspector Edwards

26   ("Defendants") filed an Opposition to Plaintiff's motion. (Dkt. No. 18.) Defendants

27   assert that Plaintiff fails to demonstrate a substantive legal claim that could

28   successfully circumvent statutory and qualified immunities of the Defendants and

1   further fails to establish a loss of personal liberty or fundamental property rights if no

2   appointment is made. (Dkt. No. 18 at 2-5.)

3         Under 28 U.S.C. § 1915(e)(1), a district court has discretion to ask counsel to

4   represent an indigent plaintiff. *See Solis v. County of Los Angeles*, 514 F.3e 1101, 1103

5   (9th Cir. 2004). However, exigent circumstances must exist for the court to exercise

6   such discretion, *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir 1991), since civil

7   proceedings do not yield an absolute right to counsel. *See Hedges v. Resolution Trust*

8   *Corp.*, 32 F.3d 1360, 1363 (9th Cir. 1994). Exigent circumstances are indicated by

9   consideration of both the likely success of the Plaintiff's claim and the Plaintiff's

10  capability to effectively communicate complex legal issues involved, neither of which,

11  alone, are dispositive. *See Burns v. County of King*, 883 F.2d 819, 823 (9th Cir. 1989);

12  *Terrell*, 935 F.2d at 1017.

13        In the present proceeding, although Plaintiff states an inability to properly

14  represent himself due to mental disability and insufficient legal knowledge, the record

15  shows Plaintiff has the ability to communicate legal issues. For example, Plaintiff has

16  filed an Amended Complaint, exemplifying his ability to articulate allegations against

17  Defendants. Furthermore, Plaintiff fails to illustrate any likelihood of the claims

18  success. Consequently, the Plaintiff has not met the requirements for appointment of

19  counsel under 28 U.S.C. § 1915(e)(1) and the Plaintiff's Motion for Appointment of

20  Counsel must be **DENIED WITHOUT PREJUDICE**.

21  **II. SETTING REVISED BRIEFING SCHEDULE**

22        The Court observes that Plaintiff has not filed a response to Defendants' Motion

23  to Dismiss, which was ordered to be submitted on or by August 5, 2013. (*See* Dkt. Nos.

24  14, 15.) Defendants have filed a notice of non-opposition to the Motion to Dismiss.

25  (Dkt. No. 19.) Given the Court's denial of Plaintiff's Motion for Appointment of

26  Counsel, the Court hereby grants Plaintiff an additional 21 days to file a responsive

27  pleading. Accordingly, the Court sets the **REVISED BRIEFING SCHEDULE:**

28  Plaintiff shall file a response on or by Wednesday, October 18, 2013. Any reply shall

1  be filed in or by October 25, 2013.

2  **IT IS SO ORDERED.**

3

4  DATED:  September 4, 2013

5

6  HON. GONZALO P. CURIEL
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                                    13cv0380-GPC-JMA